

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eastland County Appraisal District
and Brown County Appraisal District,

* From the 91st District Court
  of Eastland County,
  Trial Court No. CV1644175.

Vs. No. 11-17-00135-CV

* June 13, 2019

Peninsula Pipelines (North Texas), LLC,

* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for lack of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.